IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-cr-00206-M-RJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICO ANTONIO JOHNSON,

Defendant.

ORDER

This matter comes before the court on the Defendant's Motion to Seal [DE 49] and Defendant's unopposed Motion for Leave to File Sentencing Submission [DE 47]. Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the Motion to Seal is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 48 until further order of the court. It is FURTHER ORDERED that pursuant to Pursuant to REM Prac. Pref. § IV(E), the Motion for Leave to File Sentencing Submission is GRANTED. The court will accept as filed the Sentencing Submission at DE 48.

SO ORDERED this 2d day of September, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE